Filed Under Seal
File Date: February 24, 2023
Case Number: 23-cr-00088
Judge Carol Bagley Amon
Magistrate Judge Marcia M. Henry

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Chi Kwan Wong</u>

2. Related Magistrate Docket Number(s): n/a

3. Arrest Date: __

4. Nature of offense(s):   ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): <u>See Letter</u>

6. Projected Length of Trial:   Less than 6 weeks   ☒
   More than 6 weeks   ☐

7. County in which crime was allegedly committed: <u>Kings</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐ Yes  ☒ No

9. Has this indictment/information been ordered sealed?   ☒ Yes  ☐ No

10. Have arrest warrants been ordered?   ☒ Yes  ☐ No

11. Is there a capital count included in the indictment?   ☐ Yes  ☒ No

BREON PEACE
United States Attorney

By: *[signature]*
Andrew Y. Estes
DOJ Trial Attorney
(718) 254-6250

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12