Clerk's Office
Filed Date: 2/28/23

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

AE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -                                        <u>UNSEALING ORDER</u>

CHI KWAN WONG,                               Docket No. 23-CR-88

             Defendant.

– – – – – – – – – – – – – – – – – – – – – – – – X

        Upon the application of Breon Peace, United States Attorney for the Eastern District of New York, by Trial Attorney Andrew Estes, for an order unsealing the docket and indictment in the above-captioned matter,

        It is hereby ORDERED that the docket and indictment in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           <u>February 28</u>, 2023

                                                          s/Peggy Kuo
                                                THE HONORABLE PEGGY KUO
                                                UNITED STATES MAGISTRATE JUDGE
                                                EASTERN DISTRICT OF NEW YORK