UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

*United States of America,*

    -against-

CHI KWAN WONG,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

23 cr 88(HG)

PLEASE TAKE NOTICE THAT Robert A. Del Giorno, Esq. of Garfunkel, Wild , P.C. hereby appears in the above action for defendant Chi Kwan Wong.  All pleadings, papers, and documents required to be served in this proceeding upon Defendant should be served upon the undersigned.

Dated: Great Neck, New York
       February 28, 2023

GARFUNKEL, WILD P.C.
*Attorneys for Chi Kwan Wong*

By _____
Robert A. Del Giorno
111 Great Neck Road
Great Neck, NY 11021
(516) 393-2200
rdelgiorno@garfunkelwild.com

5053615v.2