## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   __Sanket J. Bulsara__                    DATE : __2/28/23__

DOCKET NUMBER:   __23CR88(~~CBA~~)__ *HG*                Log #: __2:58- 7:15__

DEFENDANT'S NAME : __Chi Kwan Wong__

_✓_ Present   ___ Not Present   _✓_ Custody   ___ Bail

DEFENSE COUNSEL:   __Rob Del Giorno__

___ Federal Defender   ___ CJA   _✓_ Retained

A.U.S.A:   __Andrew Estes__                    CLERK:   __Felix Chin__

INTERPRETER : _____   (Language) _____

_✓_ Defendant arraigned on the : _✓_ indictment   ___ superseding indictment   ___ probation violation

_✓_ Defendant pleads NOT GUILTY to ALL counts.

_✓_ DETENTION HEARING Held.   _✓_ Defendant's first appearance.

  _✓_ Bond set at __$500,000__.   Defendant _✓_ released ___ held pending satisfaction of bond conditions.

  _✓_ Defendant advised of bond conditions set by the Court and signed the bond.

  _1_ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

  ___ (Additional) surety/ies to co-sign bond by _____

  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_✓_ Order of Excludable Delay/Speedy Trial entered.  Start __2/28/23__  Stop __3/13/23__

_✓_ Rule 5f warnings given to the govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

_✓_ Status conference set for __3/13/23__  @ __2:00__  before Judge __Gonzalez__

Other Rulings : __Dfse counsel + govt agree on a $500,000 bond.__