**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964

www.garfunkelwild.com

ROBERT A. DEL GIORNO
Partner Director
Licensed in NY
Email: rdelgiorno@garfunkelwild.com
Direct Dial: (516) 393-2505

FILE NO.:  15786.0003

March 31, 2023

**By ECF**

Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Chi Kwan Wong*
                Criminal Docket No. 1:23-cr-00088 (HG)

Dear Judge Gonzalez:

      As you may recall, we represent Chi Kwan Wong in connection with Indictment 1:23-cr-00088, pending before Your Honor. I write to request permission for Mr. Wong to travel out of state from April 5, 2023 to April 12, 2023. Mr. Wong will be traveling on Spirit Airlines to Nevada on April 11, 2023 (Flight No. 917 and Connecting Flight No. 2701), will be staying in Nevada from April 5th through April 8th, traveling to and staying in Utah from April 8th-11th, and flying back from Nevada to New York on April 12 (Spirit Airlines Flight No. 2087 and Connecting Flight No. 718).

      I discussed this matter with Mr. Wong's Pretrial Services Officer, Thomas Ragogna, and provided him with email confirmations for Mr. Wong's flights and hotels. I have consulted with AUSA Andrew Estes. Neither Mr. Ragogna nor AUSA Estes object to Mr. Wong's travel. Of course, should there be any unanticipated changes to this itinerary (we do not foresee any), we would immediately notify Mr. Ragogna, AUSA Estes and Your Honor.

                                                                                 Respectfully submitted,

                                                                                 ____/s/_____

                                                                                 Robert A. Del Giorno

cc:    AUSA Andrew Estes (via Ecf)