UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| *United States of America*, | **NOTICE OF APPEARANCE** |
| -against- | 1:23-cr-00088-HG |
| *Chi Kwan Wong*, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      PLEASE TAKE NOTICE THAT JOHN G. MARTIN, ESQ. of Garfunkel, Wild , P.C.

hereby appears in the above action for defendant Chi Kwan Wong.

Dated: Great Neck, New York      GARFUNKEL, WILD P.C.
       March 31, 2023                   *Attorneys for Defendant.*

                                          By _____ /s/_____
                                            John G. Martin
                                            111 Great Neck Road
                                            Great Neck, NY 11021
                                            (516) 393-2200
                                            jmartin@garfunkelwild.com