AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cr-88 |
| CHI KWAN WONG | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHI KWAN WONG.

Date: 04/03/2023

*Attorney's signature*

DAVID M. ESKEW
*Printed name and bar number*

ABELL ESKEW LANDAU LLP
256 Fifth Avenue, 5th Floor
New York, New York 10001

*Address*

deskew@aellaw.com
*E-mail address*

(646) 970-7342
*Telephone number*

(646) 970-7345
*FAX number*