UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

|  |  |
|---|---|
| *United States of America*, | : |
|  | : |
| -against- | : |
|  | : |
| *Chi Kwan Wong,* | : |
|  | : |
| Defendant. | : |

**ORDER OF EXCLUDABLE
DELAY/SPEEDY TRIAL**

1:23-cr-00088-HG

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

WHEREAS, this case is scheduled for a pretrial conference on April 27, 2023; and

WHEREAS, Defendant filed a motion with consent of the Government requesting that the Court issue an Order adjourning the pretrial conference currently scheduled for April 27, 2023, in order to allow for additional time for defense counsel to review discovery already provided, to permit the government time to produce additional discovery, and to have additional resolution discussions, pursuant to 18 USC § 3161(h)(7)(A); and

WHEREAS, the Defendant is aware of his rights under the Speedy Trial Act, and has advised the Court that he consents to the exclusion of Speedy Trial time between the date of this Order and any adjourn date chosen by the Court, in the interests of justice.

Now, therefore,

FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a.      Despite the exercise of diligence, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

6830707v.3

b.      Both the United States and the defendant desire additional time to discuss potential resolutions of the case, which would render a trial in this matter unnecessary.

c.      Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from April 27, 2023 through June 9 2023; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED, that request for an adjournment is GRANTED and the pretrial conference is rescheduled to June 9, 2023 at 11:00am.  The Court finds pursuant to 18 USC 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through June 9, 2023, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated.

Dated: Brooklyn, New York
          April ___, 2023

_____
THE HONARABLE HECTOR GONZALEZ
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

-2-

6830707v.3