

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MGD
F. #2021R00825

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 10, 2023

By ECF

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States v. Chi Kwan Wong</u>
           Criminal Docket No. 23-88 (HG)

Dear Judge Gonzalez:

      The parties respectfully submit this joint letter in compliance with the Court's Order, dated October 31, 2023, directing the parties to file a joint status update in the above-referenced case on or before November 10, 2023. Since the last status conference the parties have had a productive meeting regarding the case. The parties' discussions have continued since that meeting and appear to be nearing a resolution short of trial. The parties will provide another update to the Court in four weeks, or at such earlier time as the Court may direct.

                                Respectfully submitted,

                                BREON PEACE
                                United States Attorney

             By:   <u>/s/ Miriam L. Glaser Dauermann</u>
                    Miriam L. Glaser Dauermann
                    Acting Assistant Chief
                    United States Department of Justice
                    Criminal Division, Fraud Section
                    (718) 254-7575

cc:    David Eskew, Esq. (by ECF)