

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MGD
F. #2021R00825

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 8, 2023

By ECF

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Chi Kwan Wong
                Criminal Docket No. 23-88 (HG)

Dear Judge Gonzalez:

      The parties respectfully submit this joint letter in compliance with the Court's Order, dated November 10, 2023, directing the parties to file a joint status update in the above-referenced case on or before December 8, 2023.  The parties' discussions have continued since our last status update, and we anticipate a decision will be made within the next two weeks as to whether there will be a pretrial resolution or a trial in this case.  The parties will provide another update to the Court as soon as a decision is reached or at such earlier time as the Court may direct, and in any event not later than two weeks from today.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

      By:    /s/ Miriam L. Glaser Dauermann
                Miriam L. Glaser Dauermann
                Acting Assistant Chief
                United States Department of Justice
                Criminal Division, Fraud Section
                (718) 254-7575

cc:    David Eskew, Esq. (by ECF)