

**DAVID M. ESKEW**
(646) 970-7342 (direct dial)
deskew@aellaw.com
aellaw.com

**256 Fifth Avenue, 5th Floor**
**New York, New York 10001**

December 21, 2023

**By ECF**

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>U.S. v. Chi Kwan Wong</u>, Crim. No. 23-88 (HG)

Dear Judge Gonzalez:

    This letter is submitted on behalf of defendant Chi Wong to update the Court regarding the potential trial scheduling conflict in February 2024. This afternoon, Judge Madeline Cox Arleo, U.S. District Judge for the District of New Jersey, conducted a status conference in the matter of *U.S. v. Jeffrey Andrews, et al.*, Crim. No. 20-578 (MCA) (the "DNJ Case"), regarding the trial date in that case. Based on the submissions of counsel, Judge Arleo adjourned trial in the DNJ Case to July 2024. Consequently, I no longer have a scheduling conflict in February 2024 and both I and my client are available for trial as previously scheduled by Your Honor. I once again apologize for the issues regarding my availability for trial and look forward to proceeding as scheduled.

    I thank the Court for its consideration of this matter.

    Respectfully submitted,

    Abell Eskew Landau LLP

    By: David M. Eskew
    *Counsel for Defendant*

Cc:    Miriam L. Glaser Dauermann, AUSA