

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:TRP
F. #2023R00063

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 3, 2024

By ECF
The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Chi Kwan Wong
                Criminal Docket No. 23-88 (HG)

Dear Judge Gonzalez:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Chi Kwan Wong, has agreed to in connection with his guilty plea accepted by Your Honor on January 8, 2024. The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

      By:   /s/ Tanisha R. Payne
            Tanisha R. Payne
            Assistant U.S. Attorney
            (718) 254-6358

Encl.: Order of Forfeiture
cc:    Counsel of Record (by ECF)