# Exhibit D

Dear Judge Hector Gonzalez,

I am writing to you on behalf of my boyfriend, Chi Kwan Wong, whom his family and friends fondly refer to as Ken. My name is Yvoni Sartzetaki, and I am a finance professional. I have spent much of my twenties traveling around the world and have had the pleasure of spending a significant amount of time in Taiwan, where I first met Ken in 2019.

I have known Ken for five years now. From our initial interaction he displayed the qualities of a true gentleman—calm, polite, and immediately instilling a sense of comfort within me. Over the past year, as we became a couple, I have had the privilege of witnessing firsthand Ken's incredible generosity and love for his family. He is the pillar of support upon which his family relies, offering help and guidance in all matters. Ken's devotion to his family knows no bounds, and he spares no effort in ensuring their well-being.

Similarly, in our relationship, Ken has been my rock, providing unwavering support and affection through life's highs and lows. His love for me is limitless, and he consistently goes above and beyond to ensure my happiness and welfare.

Learning of Ken's current circumstances left me heartbroken and devastated. In my life, there are few individuals whom I trust as deeply as I trust Ken. His affection, dependability, loyalty, and trustworthiness are unparalleled. Ken has stood by me through every challenge, offering support and guidance in matters concerning my health, relationships, education, and career. He has been an exemplary friend and partner, providing everything one could ask for.

Despite grappling with depression, experiencing difficulty sleeping at night, and feeling stressed about making payments for his house and bills due to lack of income, as well as harboring aspirations of attending medical school, Ken has displayed commendable resilience. He has diligently devoted himself to his Amazon business while simultaneously endeavoring to broaden his skill set to secure a livelihood. Ken has taken the initiative to enroll in Flatiron School, where he is diligently studying to acquire proficiency in data science. At the same time, he is receiving treatment for depression. Words cannot describe how proud I am of him.

I sincerely appreciate your time and attention considering my perspectve on this mater.His presence in my life has brought nothing but joy, love, and positivity. I urge you to consider his true nature as you deliberate his case, for Ken is not merely a defendant but a compassionate, loving soul who deserves a second chance in life.


Respectfully,

Yvoni Sartzetaki