

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MGD
F. #2021R00825

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 1, 2024

By ECF

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Chi Kwan Wong
                 Criminal Docket No. 23-88 (HG)

Dear Judge Gonzalez:

      The parties submit this joint letter respectfully to request that the defendant's sentencing, currently scheduled for August 13, 2024 at 11:00 a.m., be adjourned to September 5, 2024, at 11:30 a.m., which the parties are informed is a date and time convenient for the Court.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Miriam L. Glaser Dauermann
       Miriam L. Glaser Dauermann
       Trial Attorney
       United States Department of Justice
       Criminal Division, Fraud Section
       (718) 254-7575

cc:    David Eskew, Esq. (by ECF)